MONICAH ONO

2728 PROSPECT AVENUE

LA CRESCENTA, CA 91214

(818) 445 - 9253

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MONICAH ONO ,

        Plaintiff,

VS.

MRS BPO LLC

**DEFENDANT(S).**

Case No. CV14-03372

**COMPLAINT FOR:**

FAIR DEBT COLLECTION

FAIR CREDIT REPORTING ACT

ROSENTHAL ACT

**Jury Trial Demanded:** Yes

## I. JURISDICTION

1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 15 U.S.C. sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

## II. VENUE

2. Venue is proper pursuant to: 28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III. PARTIES

3. Plaintiff's name is: Monicah Ono. Plaintiff resided at: 2728 Prospect Avenue . La Crescenta, California 9    . Is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C.§ 1681 a (c).

4. Defendant: MRS BPO LLC. is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

## IV. STATEMENT OF FACTS

5. On August 10, 2013, Plaintiff secured his Transunion, Equifax, Experian credit report from www.annualcreditreport.com.

6. The Defendant MRS BPO LLC obtained plaintiff (a consumer) credit report without permissible purposes as defined by the FCRA 15 U.S.C. § 1681b which defines permissible purposes which a person may obtain a consumer credit report. In the same manner as previously alleged, the FCRA 15 U.S.C. § 1681b are generally if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bonafied offer of credit as a result of the inquiry.

7. On August 14, 2013. Plaintiff via United States Postal services certified mail sent letters disputing litigation purposes for inquiry and inaccurate information to 3 credit reporting bureau agencies.

8. Plaintiff has never had any business dealing or any accounts with made application for credit from, made application for employment with, applied for insurance from or received a bonafied offer of credit from the defendant.

9. The FCRA Fair Credit Reporting Act specifically states that "litigation"

Is not permissible use of a consumer credit report as it does not involve a business to consumer transaction.

10. On October 03, 2013 Plaintiff sent 1st notice to Defendant requesting formal debt validation upon 30 day notice to reply in accordance with (FDCPA) 15 U.S.C. § 1692g, 15 U.S.C. § 1681i, also informing Defendant of their violation of the FCRA.

11. In response letters dated August 30, 2013 from the 3 credit reporting bureau agencies disputed by consumer, inquiry(s) in question was printed, info verified.

12. The Transunion, Experian, Equifax, general policy and procedure for investigating disputed information is to contact by mail or telephone the source of the information. Each source is advised for consumer dispute and is requested to verify the accuracy and/or completeness of the information reported.

13. Defendant failed response to Plaintiff October 03, 2013 validation request in dispute or take the steps necessary to remedy any inaccurate or incomplete information in opportunity to validate legal justification for attempting to collect on the any alleged debt.

14. Defendant continued pursue in attempt to collect on the any alleged debt without proper validation constitute non-compliance and total disregard of federal law.

15. Defendant at no time has communicated with plaintiff what justification they may have had to obtain Plaintiff (consumer) profile over a (8) month period.

16. Plaintiff through observing credit reports from the month of August 2013 thru MAY, 2014. Defendant has maintained soft inquiry pulls on Plaintiff credit profile.

17. On the November 12, 2013 certified letter, Plaintiff in a good faith effort to allow defendant "MRS BPO LLC ample opportunity to validate alleged debt. Plaintiff sent second letter via certified mail upon 10 day notice response, defendant has failed to respond to said notice.

18. Plaintiff discovery of violations brought forth herein occurred in December 2012 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. § 1681p FDCPA 15 U.S.C. § 1692 k (d).

19. According to Congress, under the FDCPA Act, Although it is permissible for a debt collector to seek to collect on a time barred debt voluntarily, it is prohibited from threatening litigation with respect to such a debt . The defendant act(s) to under such circumstances can at best be described as "misleading" representation, in violation of § 1692 e. §1681b. §1681i, & Rosenthal 1788.30 et seq.

## V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 et.,seq.

**(As against Defendant(s):** MRS BPO LLC.

20. Plaintiff re-alleges and incorporates paragraphs 5-19. Defendants violated the FDCPA. Defendants violations include, but are not limited to, the following:

(a) The Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, and abuse persons in connection with the collection of the alleged debt;

(b) The Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the legal status of the debt;

(c) The Defendant violated 15 U.S.C. § 1692e(10) by using a false representation and deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer;

(d) The Defendant violated 15 U.S.C. § 1692 f by using unfair or unconscionable means to collect or attempt to collect a debt;

(e) The Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law.

21. As a result of the above violations of the FDCPA, Defendants are liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees and costs Pursuant to 15 U.S.C. § 1692k

22. Plaintiff re-alleges and incorporates paragraph 5-19. MRS BPO LLC. violated 15 U.S.C. sec. 1692f(1) by the collection of any amount including any interest, fee, charge, or expense incidental to the principal obligation unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

## SECOND CAUSE OF ACTION

## Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** MRS BPO LLC

23. Plaintiff re-alleges and incorporates by reference all of the foregoing paragraph.

24. Defendant violated the FCRA, Defendant violation include, but are not limited to, the following:

(a) The Defendant violated FCRA 15 U.S.C. § 1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. § 1681b.

(b) The Defendant is a furnisher of information within the meaning of the FCRA 15 U.S.C. § 1681s-2

(c) Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a (c)

25. Plaintiff re-alleges and incorporates paragraph 5-19. Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate employment with defendant. Defendant was not directed by a court order to pull plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

8.

26. Actions on the part of defendant demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 .

## I. REQUEST FOR RELIEF

27. That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1), 1692 e, 1692 f (6) 1692 g Remedies 1692 k, $ 1,000 & Rosenthal Act § 1788.30 $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

31. That this court grants judgement against defendants for: second claim for relief  1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec.1681b, 1681i, 1681s-2, 1681 n & o  $1000.00  3.) court fees and cost  4.) Any relief as court see fit.

Date: May 1, 2014

Sign: [signature]

Print Name: MONICAH ONO

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: May 1, 2014

Sign: [signature]

Print Name: MONICAH ONO

Ex. 5



7011 0470 0002 5322 8787

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CRUM LYNNE PA 19022

| | | |
|---|---|---|
| Postage | $ | $0.46 | 0041 |
| Certified Fee | | $3.10 | 16 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.56 | 08/14/2013 |

Sent To: TRANSUNION CONSUMER ACTIONS
Street, Apt. No.; or PO Box No.: P-O BOX 2000
City, State, ZIP+4: CHESTER, PA 19022-2000

PS Form 3800, August 2006      See Reverse for Instructions

11.





```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

          Postage      $
       Certified Fee
   Return Receipt Fee                    Postmark
(Endorsement Required)                     Here
 Restricted Delivery Fee
(Endorsement Required)
  Total Postage & Fees  $

Sent To   MRS BPO LLC
Street, Apt. No.;
or PO Box No.  1930 Olney Ave
City, State, ZIP+4  Cherry Hill NJ 08003

PS Form 3800, August 2006         See Reverse for Instructions

7013 1090 0003 7681 3612
```

```
CHERRY HILL NJ 08003 Zone-8      $0.46
First-Class Mail Letter
0.40 oz.
Scheduled Delivery Day: Mon 10/07/13
@@ Certified                     $3.10
Label #:      70131090000176813612
                                ========
Issue PVI:                       $3.56
```

14.

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®
```

7011 1150 0001 1886 3579

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: MRS BPO LLC
Street, Apt. No.; or PO Box No.: 1930 Olney Ave
City, State, ZIP+4: Cherry Hill NJ 08003

PS Form 3800, August 2006    See Reverse for Instructions

```
        GLENDALE MAIN PO
        GLENDALE, California
            912059998
         0581020711 -0099
11/12/2013   (818)265-9261   02:03:00 PM
                                    ========
    Issue PVI:                         $3.56

CHERRY HILL NJ 08003 Zone-8          $0.46
First-Class Mail Letter
0.40 oz.
Scheduled Delivery Day: Fri 11/15/13
@@ Certified                         $3.10
Label #:
                 70111150000118863579
                                    ========
    Issue PVI:                         $3.56
```

15.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

Monicah Ono

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

MRS BPO LLC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

2728 Prospect Avenue
La Crescenta, CA 91214
(818) 445-9253

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No    [ ] **MONEY DEMANDED IN COMPLAINT:** $ 3,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FDCPA, FCRA

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** [ ] 463 Alien Detainee | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 510 Motions to Vacate Sentence | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | **TORTS** | [ ] 530 General | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 863 DIWC/DIWW (405 (g)) |
| [X] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accomodations | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV14-03372

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Cherry Hills, NJ |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** Monicah Ono  DATE: 5/1/2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |