LODGED
CLERK, U.S. DISTRICT COURT
05/01/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monicah Ono, <br><br> PLAINTIFF(S) <br> v. <br><br> MRS BPO LLC., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:14-cv-03372 <br><br> **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____
Date

_____
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☒ Other: FORM COMPLAINT IS UNINTELLIGIBLE AND FAILS TO STATE SUFFICIENT FACTS TO SUPPORT CAUSES OF ACTION PLED

Comments:

5/5/14
_____
Date

[signature] MICHAEL R. WILNER
_____
United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED ☒ DENIED (See comments above).

5/7/14
_____
Date

_____
United States District Judge